UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ZOETIS, INC.,

                        Plaintiff,                      21-CV-08319 (VSB)

            -against-                          **ORDER**

BOEHRINGER INGELHEIM VETMEDICA,
GmbH, a German Corporation,

                        Defendant.

------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The parties are ordered to file a joint letter no later than **Tuesday, August 9, 2022,** providing the Court an update on the status of any settlement discussions thus far and whether the parties would like to schedule a settlement conference at this time.

**SO ORDERED.**

DATED:     New York, New York
                 August 1, 2022

                                                          _____
                                                           VALERIE FIGUEREDO
                                                           United States Magistrate Judge