UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
ZOEITS, INC.,                           :
                                        :
                    Plaintiff,          :    21cv8319 (DLC)
                                        :
          -v-                           :         ORDER
                                        :
BOEHRINGER INGELHEIM VETMEDICA, GMBH,   :
                                        :
                    Defendant.          :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

   On September 20, 2022, the plaintiff filed a motion to amend its answer and add a counterclaim.  Accordingly, it is hereby

   ORDERED that the defendant shall file any opposition to the motion to amend by **October 14, 2022**.  The plaintiff's reply, if any, shall be filed by **October 21, 2022**.  At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:    New York, New York
          September 22, 2022

                                   _____
                                          DENISE COTE
                                   United States District Judge