```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
ZOETIS, INC.,                            :     21cv8319 (DLC)
                                         :
                          Plaintiff,     :     ORDER
                                         :
             -v-                         :
                                         :
BOEHRINGER INGELHEIM VETMEDICA, GMBH,    :
                                         :
                          Defendant.     :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

Having received the defendant's letter of September 22, 2022, it is hereby

ORDERED that the parties shall appear in a conference to be held telephonically **Thursday, September 29, at 2:00 pm**.

IT IS FURTHER ORDERED that the parties shall use the following dial-in instructions for the telephone conference:

    Dial-in:        888-363-4749
    Access code:    4324948

The parties shall use a landline if one is available.

Dated:  New York, New York
        September 28, 2022

                                    _____
                                         DENISE COTE
                                    United States District Judge