```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
ZOEITS, INC.,                           :
                                        :
                    Plaintiff,          :    21cv8319 (DLC)
                                        :
              -v-                       :    AMENDED ORDER
                                        :
BOEHRINGER INGELHEIM VETMEDICA, GMBH,   :
                                        :
                    Defendant.          :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On September 20, 2022, the defendant filed a motion to amend its answer and add a counterclaim.  Accordingly, it is hereby

ORDERED that the plaintiff shall file any opposition to the motion to amend by **October 14, 2022**.  The defendant's reply, if any, shall be filed by **October 21, 2022**.  At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         September 28, 2022

                                   _____
                                           DENISE COTE
                                   United States District Judge