```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :   21cv8319 (DLC)
ZOETIS, INC.,                            :
                                         :        ORDER
                         Plaintiff,      :
                                         :
              -v-                        :
                                         :
BOEHRINGER INGELHEIM VETMEDICA, GMBH,    :
                         Defendant.      :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

As set forth at the telephonic conference held on September 29, 2022, it is hereby

ORDERED that this Court's Pretrial Scheduling Order of August 24, 2022 is vacated.

IT IS FURTHER ORDERED that the plaintiff shall respond to the defendant's settlement offer by **October 7, 2022.**

IT IS FURTHER ORDERED that any motion for summary judgment with respect to the interpretation of the License Agreement between the parties shall by submitted by **October 21, 2022.** Any opposition to the motion shall by submitted by **November 18, 2022.** Any reply in support of the motion shall by submitted by **December 9, 2022.** At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all

motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:  September 29, 2022
        New York, New York

                              _____
                                    DENISE COTE
                              United States District Judge