UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                           :
ZOETIS, INC.,                       :
                                           :
                          Plaintiff,   :
                                           :       21cv8319 (DLC)
                 -v-                    :
                                           :           <u>ORDER</u>
BOEHRINGER INGELHEIM VETMEDICA, GMBH, :
                                           :
                          Defendant.   :
                                           :
---------------------------------------- X

DENISE COTE, District Judge:

    On October 21, 2022, the plaintiff filed a motion for summary judgment. The defendant opposed the motion on November 23, and the plaintiff submitted its reply on December 9. The memoranda of law, statements of facts pursuant to Local Rule 56.1, and many of the exhibits attached to the parties' declarations have been filed under seal. Accordingly, it is hereby

    ORDERED that, pursuant to the Court's Individual Practice 8(B), the parties shall file on the public docket, with proposed redactions, the parties' memoranda of law, statements of facts, and exhibits containing correspondence between the parties. Any

proposed redactions must be submitted by **December 15, 2022**. The parties must provide justification for any proposed redaction.

SO ORDERED:

Dated: New York, New York
December 9, 2022

_____
DENISE COTE
United States District Judge