UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                                           :
ZOETIS, INC.,                              :         21cv8319 (DLC)
                                           :
                         Plaintiff,        :         ORDER
                                           :
            -v-                            :
                                           :
BOEHRINGER INGELHEIM VETMEDICA, GMBH,      :
                                           :
                         Defendant.        :
                                           :
------------------------------------------ X

DENISE COTE, District Judge:

    On December 12, 2022, this Court issued an Opinion granting

the plaintiff's October 21, 2022 motion for summary judgment.

Accordingly, it is hereby

    ORDERED that the parties shall confer and propose a

schedule by **January 6, 2023** for the completion of this

litigation.

    SO ORDERED:

Dated:    New York, New York
          December 12, 2022

                                   _____
                                          DENISE COTE
                                   United States District Judge