```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
ZOETIS, INC.,                             :   21cv8319 (DLC)
                                          :
                          Plaintiff,      :   ORDER
                                          :
                -v-                       :
                                          :
BOEHRINGER INGELHEIM VETMEDICA, GMBH,     :
                                          :
                          Defendant.      :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

On January 6, 2023, the parties filed a letter requesting an extension to the Court's Order of December 12, 2022, which directed the parties to confer and propose a schedule for the completion of this litigation. Accordingly, it is hereby

ORDERED that a pretrial conference is scheduled for **January 20, 2023** at **12:00 pm** in Courtroom 18B, United States Courthouse, 500 Pearl Street, New York, NY 10007.

SO ORDERED:

Dated:   New York, New York
         January 10, 2023

                                    _____
                                          DENISE COTE
                                    United States District Judge