```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
ZOETIS, INC.,                             :    21cv8319 (DLC)
                                          :
                        Plaintiff,        :    ORDER
                                          :
                -v-                       :
                                          :
BOEHRINGER INGELHEIM VETMEDICA, GMBH,     :
                                          :
                        Defendant.        :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

   IT IS HEREBY ORDERED that the January 20, 2023 pretrial conference is rescheduled to **January 27** at **10:00 am** in Courtroom 18B, United States Courthouse, 500 Pearl Street, New York, NY 10007.

   SO ORDERED:

Dated:   New York, New York
         January 17, 2023

                                  _____
                                          DENISE COTE
                                  United States District Judge